## LAFFERTY v. BROWNLEE.

Where the statement on motion for a new trial is not filed within the time prescribed by law, this Court will only look to the judgment roll.

APPEAL from the District Court of the Seventh Judicial District, County of Solano.

*Whitman & Wells* for Appellant.

*John Curry* for Respondent.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., and BALDWIN, J., concurring.

In this case the statement on motion for a new trial was not filed within the time prescribed by law, and our investigation must be confined to the judgment roll, which, being regular on its face, the judgment is affirmed.